FILED

2011 Apr-07  PM 02:35
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  CHANTIX (VARENICLINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Master File No. 2:09-CV-2039 IPJ<br><br>MDL No. 2092<br><br>Judge Inge P. Johnson |

IN RE:  CHANTIX
(VARENICLINE) PRODUCTS
LIABILITY LITIGATION

)
)
)
)
)

Master File No. 2:09-CV-2039 IPJ

MDL No. 2092

Judge Inge P. Johnson

CHARLES L. DOTY, SR.
and MARGIE ANN DOTY,

)
)
)
)
)

          Plaintiffs,

)
)
)
)

**MASTER SHORT FORM
COMPLAINT FOR INDIVIDUAL
CLAIMS**

     vs.

)
)
)

Civil Action No.: _____

PFIZER INC.,

)
)
)

        Defendant.

)
)

## MASTER SHORT FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1.    Plaintiffs, Charles L. Doty, Sr. and Margie Ann Doty, state and incorporate by reference the portions indicated below of Plaintiffs' Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092.  Plaintiffs are

1

filing this Short Form Complaint as permitted by Pretrial Order No. 2 of this Court for cases filed directly into this district.

2.      In addition to the below-indicated portions of the Master Consolidated Complaint adopted by the Plaintiffs and incorporated by reference herein, Plaintiffs hereby allege as follows:

## VENUE

3.      Venue for remand and trial is proper in the following federal judicial district:

Southern District of Ohio at Columbus.

## IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES

4.      Name and residence of individual injured by Chantix:

Charles L. Doty, Sr., Shadyside, Ohio, Belmont County.

5.      Consortium Claims:  The following individual alleges damages for loss of consortium:

Margie Ann Doty, Shadyside, Ohio, Belmont County.

6.      Survival and/or Wrongful Death claims:

a.      Name and residence of Decedent when [she/he] suffered Chantix related injuries and/or death:

N/A

      b.     Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

      N/A

7.     Survival and/or Wrongful Death Claim:   The following individuals allege certain claims for damages for survival and/or wrongful death in accordance with applicable state law:

      N/A

## CASE SPECIFIC FACTS
## REGARDING CHANTIX USE AND INJURIES

8.     Plaintiff, Charles L. Doty, Sr., began using CHANTIX as prescribed and indicated on or about the following date:  September 2008.

9.     CHANTIX caused serious injuries and damages including but not limited to the following:

      Depression; anxiety.

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
## ADOPTED AND INCORPORATED IN THIS LAWSUIT

10.    The Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 87 of the Master Consolidated Complaint on file with the Clerk of Court for the United

States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092.

11.    The Plaintiffs hereby adopt and incorporate by reference as if set forth fully herein, the following damages and causes of action of the Master Consolidated Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Alabama in the matter entitled *In Re: Chantix (Varenicline) Products Liability Litigation,* MDL No. 2092:

_X__       COUNT I   (NEGLIGENCE);

_X__       COUNT II (NEGLIGENCE PER SE);

_X__       COUNT III (STRICT PRODUCTS LIABILITY – DESIGN DEFECT);

_X__       COUNT IV (STRICT PRODUCTS LIABILITY - FAILURE TO WARN;

_X__       COUNT V (BREACH OF EXPRESS WARRANTY);

_X__       COUNT VI (BREACH OF IMPLIED WARRANTY);

_X__       COUNT VII (FRAUDULENT MISREPRESENTATION AND CONCEALMENT);

_X__       COUNT VIII (NEGLIGENT MISREPRESENTATION AND CONCEALMENT);

_X__       COUNT IX (GROSS NEGLIGENCE);

_X__       COUNT X (UNJUST ENRICHMENT);

_X__       COUNT XI (PUNITIVE DAMAGES);

_X__      COUNT XII (VIOLATIONS OF STATE CONSUMER
FRAUD AND DECEPTIVE TRADE PRACTICES ACTS);

_X__      COUNT XIII (LOSS OF CONSORTIUM);

_____      COUNT XIV (WRONGFUL DEATH);

_____      COUNT XV (SURVIVAL);

_X__      GLOBAL PRAYER FOR RELIEF;

_X__      TOLLING OF LIMITATION PERIOD;

_____      OTHER STATE LAW CAUSES OF ACTION AS FOLLOWS:

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated this the 31st day of March, 2011.

RESPECTFULLY SUBMITTED
ON BEHALF OF THE PLAINTIFFS

By: _Elizabeth M. Burke_
H. Blair Hahn, Esq. (USDC of SC ID #5717)
Christiaan A. Marcum, Esq.
    (USDC of SC ID #7556)
Elizabeth M. Burke, Esq. (USDC of SC ID # 7466)
David L. Suggs, Esq. (MN State Bar # 0147485)
RICHARDSON, PATRICK, WESTBROOK, &
BRICKMAN, LLC
P.O. Box 1007
Mt. Pleasant, S.C, 29465
(843) 727-6500 Telephone
(843) 216-6509 Facsimile

ATTORNEYS FOR PLAINTIFFS